1  PAMELA E. COGAN (SBN 105089)
   STACY M. TUCKER. (SBN 218942)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email: pcogan@rmkb.com, stucker@rmkb.com
5  Attorneys for Defendants,
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and VISION
6  SERVICE PLAN'S LTD PLAN

7  FRANK N. DARRAS (SBN 128904)
   LISSA A. MARTINEZ (SBN 206994)
8  SHERNOFF BIDART DARRAS ECHEVERRIA LLP
   3257 East Guasti Road, Suite 300
9  Ontario, CA 91761
   Telephone:   (909) 390-3770
10 Facsimile:   (909) 974-2121
   Email: fdarras@sbdelaw.com, lmartinez@sbdelaw.com
11 Attorneys for Plaintiff,
   CHERYL UNGERMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL UNGERMAN, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and VISION SERVICE PLAN'S LTD PLAN, <br><br> Defendants. | CASE NO. 2-09-CV-01016-MCE-FFB <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between plaintiff CHERYL UNGERMAN and defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and VISION SERVICE PLAN'S LTD PLAN, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: February__ 2010 | SHERNOFF BIDART DARRAS ECHEVERRIA LLP |

By:  */s/ Frank N. Darras*
    FRANK N. DARRAS
    LISSA MARTINEZ
    Attorneys for Plaintiff, CHERYL UNGERMAN

| | |
|---|---|
| Dated: February__ 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: :  /s/ *Pamela E. Cogan*
    PAMELA E. COGAN
    STACY M. TUCKER
    Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

IT IS SO ORDERED. The Clerk of Court is directed to close this file.

DATED: March 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City